UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARIA GONZALEZ,

    Plaintiff,

v.

ABDIKADIR A. IBRAHIM et al.,

    Defendants.

Case No. 3:24-cv-715-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on a notice of voluntary dismissal. (Doc. 45). The plaintiff filed her notice on September 4, 2024. Gonzalez seeks to dismiss her claims against ILOCA Services, Inc., only—retaining her claims against the remaining defendants.

Under FED. R. CIV. P. (FRCP) 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party answers or moves for summary judgment. Notably, FRCP 41(a) concerns the dismissal of an *action* not a *claim*. Accordingly, the Court of Appeals for the Seventh Circuit has ruled that the proper way to dismiss claims against one defendant is not voluntary dismissal but a motion to amend. *See Taylor v. Brown*, 787 F.3d 851, 857 (7th Cir. 2015).

Therefore, the Court **FINDS INVALID** the plaintiff's notice of dismissal. The plaintiff is **ADVISED** that the proper method for disposing of claims against a defendant is a motion to amend.

**IT IS SO ORDERED.**
**DATED: September 5, 2024**

                                                  *s/ J. Phil Gilbert*
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**