UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARIA GONZALEZ,

      Plaintiff,

    v.

ABDIKADIR A. IBRAHIM,
MZ CARGO, INC.,
GREYHOUND LINES, INC.,               Case No. 24-cv-00715-JPG
RAYMOND C. PARADISE,
AMERICANOS U.S.A., LLC.,
RYDER TRUCK RENTAL, INC.,
ILOCA SERVICES, INC.,
EVERRETT JENNINGS SHARP,
RICHARD, INC., and
RICHARD WOLFE TRUCKING, INC.,

      Defendants.

## JUDGMENT

     This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision as to some matters and the parties having settled others,

     IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with

prejudice.

**DATED: February 17, 2026**          **MONICA A. STUMP, Clerk of Court**

                                 **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
             **J. PHIL GILBERT**
             **United States District Judge**